

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 10, 2007

By Fax

Honorable Frank Mass
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

>       MEMO ENDORSED
>
>       USDC SDNY
>       DOCUMENT
>       ELECTRONICALLY FILED
>       DOC #: _____
>       DATE FILED: 12/10/07

      Re: <u>Joseph Dambrowski v. Barnhart</u>
          07 Civ. 3775 (RJH) (FM)

Dear Judge Mass:

      This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Due to the press of work, I will be unable to file defendant's motion for judgment on pleadings by December 11, 2007. In addition, due to the holidays and a planned vacation, I will be away from the Office from December 24, 2007 through January 1, 2008. Therefore, with consent of plaintiff, I respectfully request a thirty-day extension of time to file defendant's motion.

      Should the Court grant this request, defendant's motion would be due on January 10, 2008, and plaintiff's reply, if any would be due on January 28, 2008.

      This is the defendant's first request for an extension of the briefing schedule. One extension was granted to the government on the answer.

*So ordered*
*[signature]*
*USMJ*
*12/10/07*

Thank you for considering this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Josephine Gottesman, Esq. (by fax)

2