

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 9, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08
```

By Fax

Honorable Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

**MEMO ENDORSED**

Re: Joseph Dambrowski v. Barnhart
    07 Civ. 3775 (RJH) (FM)

Dear Judge Maas:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my preparation of defendant's motion for judgment on the pleadings, I identified several issues that require that I seek more information from the Agency. Therefore, with the consent of plaintiff, I respectfully request an extension of time, two weeks from January 10, 2008, to file the government's motion.

    Should the Court grant this request, defendant's motion would be due on January 24, 2008, and plaintiff's reply, if any would be due on February 7, 2008.

    This is defendant's second request for an extension of the briefing schedule. One extension was granted to the government on the answer.

APPLICATION GRANTED
SO ORDERED

*Frank Maas, USMJ*  1/9/08

Thank you for considering this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

BY: *Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant U.S. Attorney
        Telephone: (212) 637-0378
        Fax: (212) 637-2750

cc: Josephine Gottesman, Esq. (by fax)