# JOSEPHINE GOTTESMAN
Attorney at Law

11 Penn Plaza – 5th Floor      24 Commerce Street – Suite 1427
New York, NY 10001            Newark, NJ 07102  *

Tel: (888) 375-3060
(973) 286-3060
Fax: (973) 286-3061

\* please respond to NJ office

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

**MEMO ENDORSED**

VIA FACSIMILE TRANSMISSION

January 29, 2008

HONORABLE FRANK MAAS
United States Magistrate Judge
United States Courthouse
500 Pearl Street – Room 740
New York, NY 10007

> In light of this letter, the conference is CANCELLED.
> Maas, USMJ,
> 1/29/08

RE: Dambrowski v. Astrue
    07-CV-3775 (RJH) (FM)

Dear Judge Maas:

I represent Plaintiff in the above-referenced Social Security matter. I have received the letter which ordered a telephone conference on this case on Thursday, January 31 at 12 noon.

While I do not object to the date of the telephone conference, I would respectfully apprise Your Honor that my reply to Defendant's cross-motion is now due on February 7, 2008. I intend to submit such reply, and I would respectfully suggest that the matter is not fully briefed until I have had an opportunity to have the Court consider my written reply prior to making any decision.

However, unless told otherwise by the Court, I will initiate the conference at the time and in the manner ordered. Thank you for your consideration of this letter.

1

Respectfully submitted,

JOSEPHINE GOTTESMAN

Cc: (Via Facsimile Transmission)

    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney