U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

August 13, 2008

By Hand

Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007



    Re: Joseph Dambrowski v. Barnhart
        07 Civ. 3775 (RJH) (FM)

Dear Judge Holwell:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Due to workload constraints, I do not anticipate that I will be able to file defendant's response to plaintiff's objections to the Report of Recommendation of Magistrate Judge Frank Maas, by the current due date, Friday, August 15, 2008. Therefore, with the consent of plaintiff, I respectfully request an extension of one business day to August 18, 2008, to file defendant's response.

    This is defendant's first request for an extension of the time to respond to plaintiff's objections.

So ORDERED

[signature]
USDJ
8/20/08

Thank you for considering this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Josephine Gottesman, Esq. (by fax)

2